**FILED**
United States Court of Appeals
Tenth Circuit

**July 9, 2018**

**Elisabeth A. Shumaker**
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

CALMAT CO.,

    Plaintiff,

v.

OLD CASTLE PRECAST, INC.,

    Defendant - Appellee,

v.

RUNE KRAFT,

    Defendant - Appellant,

and

KRAFT AMERICAS HOLDINGS, INC., et al.,

    Defendants.

No. 17-2213
(D.C. No. 1:16-CV-00026-KG-JHR)
(D. N.M.)

_____

**ORDER**
_____

This matter comes on for consideration of the appellant's *Motion to Continue Abatement of Appeal*. The motion is construed as a motion for extension of time in which to file the opening brief. As so construed, the motion is granted in part. The appellant is granted a 30-day extension of time. Accordingly, his opening brief shall be served and

filed by September 5, 2018. The appellant may contact the district court for copies of the documents he states he has not yet received.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Ellen Rich Reiter
           Jurisdictional Attorney